**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 67.247.104.81
**Total Works Infringed:** 39  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 11/19/2018 14:24:50 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/16/2018 12:24:40 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 3 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/20/2018 01:41:15 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 4 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | Blacked Raw | 06/17/2018 20:29:30 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 5 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/21/2017 01:03:48 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 6 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/17/2017 01:49:58 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 7 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 10/19/2018 05:54:47 | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 8 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | Blacked Raw | 11/04/2018 16:26:00 | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 9 | 2D1FCBEA35DB18BEF743A054923C27AA58964B62 | Blacked Raw | 10/04/2018 02:06:14 | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 10 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 10/04/2018 01:50:16 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 11 | 3C2ECF682E82D48E081274FA2B9C4A95AD626BAE | Blacked | 01/07/2018 23:43:31 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 12 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 07/02/2018 01:56:51 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 13 | 53DD9DA9E0B24B4961098D0683C348309445E260 | Vixen | 12/26/2018 05:15:26 | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 14 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/17/2017 23:27:14 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 15 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/17/2017 01:49:51 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 16 | 74E070565386C10CB521376AFA332D57AE57DE3E | Blacked | 12/03/2018 02:02:55 | 12/01/2018 | 12/31/2018 | 17271449423 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/30/2018 13:50:52 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 18 | 81A0FA700BD0F538231051D57102ED3BBA302456 | Blacked | 10/04/2018 01:49:49 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 19 | 81E09376DDB4DBE7806032952C003C92FD898CD4 | Blacked | 12/12/2018 04:45:51 | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 20 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 10/05/2018 04:44:07 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 21 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/12/2018 04:57:01 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 22 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/02/2017 20:22:04 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 23 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | Blacked Raw | 10/09/2018 22:30:37 | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 24 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | Blacked | 04/26/2018 04:45:44 | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 25 | ADE1368B6E46C601134E08553491193B57B6B7C9 | Blacked Raw | 03/21/2018 00:23:08 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 26 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 06/10/2018 14:50:56 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 27 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 04/16/2018 04:01:45 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 28 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 12/23/2017 02:19:11 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 29 | C5F97651D6D0ACCAF80962B6D247D3DB106817EF | Blacked | 04/02/2018 10:29:46 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 30 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 11/08/2018 01:44:02 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 31 | D004FE4CC187D0709C94955D8BF728C72E039D05 | Blacked Raw | 06/09/2018 21:37:26 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 32 | D6273EE348C2274701FD6550CE62A3865892BA96 | Blacked | 01/11/2019 23:26:46 | 01/10/2019 | 02/01/2019 | 17380123541 |
| 33 | D9261D3722C161272619A45A80E6F849B0BC63B5 | Blacked Raw | 11/19/2018 14:26:37 | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 34 | D946DDAAD52274848DDFC788EF337B77C172C467 | Vixen | 11/11/2018 19:27:34 | 11/10/2018 | 11/25/2018 | PA0002136725 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | E0805C7C54BD9B9777F151B670B78A4D50290951 | Blacked | 05/13/2018 16:16:23 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 36 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/06/2018 13:05:51 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 37 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | Vixen | 06/17/2018 20:39:23 | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 38 | F5E931AB78F7394210896FEC71ADFB7C43276832 | Blacked | 11/24/2018 04:27:04 | 11/21/2018 | 12/31/2018 | 17271449372 |
| 39 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 10/04/2018 01:49:17 | 08/07/2018 | 09/05/2018 | PA0002135684 |